# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130325

NICHOLE CLARK,
      Plaintiff-Appellee,

v

CLIFF HUCKLEBERRY and
JUDY HUCKLEBERRY,
      Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130325
COA: 263044
Ionia CC: 00-020725-NO

_____/

      On order of the Court, the application for leave to appeal the October 18, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

s0424

_____
Clerk